1　WILLIAM M. KUNTZ  # 153052
　　Attorney at Law
2　4780 Arlington Avenue
　　Riverside, CA 92504
3　(951) 343-3400
　　Fax (951) 343-4004
4　E-Mail: KuntzSSlaw @sbcglobal.net
　　Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| JOYCEE D. BOWEN, | No. EDCV 09-0069 JEM |
| Plaintiff, | [PROPOSED] ORDER AWARDING EAJA FEES |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND TWO HUNDRED SEVENTY-NINE DOLLARS and no/cents ($2,279.00), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED:　　February 4, 2010

*/s/John E. McDermott*
UNITED STATES MAGISTRATE JUDGE

1